AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

UNITED STATES OF AMERICA,

Plaintiff,

v.

WILLIAM M. LARSEN,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-335-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment by consent is entered in favor of Plaintiff in the amount of $5,857.42 as of April 11, 2009, against Defendant William M. Larsen by reason of Defendant's default in payments toward a federally insured student loan.

This debt shall not be discharged in any future bankruptcy filing.

Defendant will be liable for all future costs in this action, including:
1. Court filing fees in the amount of $350.00 pursuant to 28 USC Section 2412(a)(2); plus
2. Docket fees in the amount of $20.00 pursuant to 28 USC Section 1923; and
3. United States Marshal service fees for service of process pursuant to 28 USC Section 1921.

Post-judgment interest will accrue at the current legal rate in effect on the date of entry of judgment and will be compounded annually until paid in full pursuant to 28 USC Section 1961(b).

| | |
|---|---|
| April 15, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Karen White |
| | *(By) Deputy Clerk* |
| | Karen White |